**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

CHRISTOPHER SNIDER, )
)
        Plaintiff, )
)
vs. )   Case No. CIV-10-1036-M
)
UNITED STATES OF AMERICA, et al., )
)
        Defendants. )

## **ORDER**

On October 29, 2010, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, seeking damages for alleged constitutional deprivations occurring during his confinement at the Grady County Law Enforcement Center in Chickasha, Oklahoma. The Magistrate Judge recommends that plaintiff's cause of action be dismissed pursuant to 28 U.S.C. §§ 1915A(2) and 1915(e)(2)(B) on the ground that defendants are immune from this action. The parties were advised of their right to object to the Report and Recommendation by November 18, 2010.[1] A review of the court file in this case reveals no objection has been filed.

Upon de novo review, the Court:

(1)     ADOPTS the well-reasoned and thorough Report and Recommendation issued by the Magistrate Judge on October 29, 2010;

(2)     DISMISSES with prejudice plaintiff's claims against defendants pursuant to 28 U.S.C. §§ 1915A(2) and 1915(e)(2)(B) on the ground that defendants are immune from this action; and

---

[1] Defendant was granted an extension of 60 days, or until January 18, 2011, to file his objections and no objection was filed.

(3)     ORDERS that the dismissal be counted as a "prior occasion" or "strike" pursuant to 28 U.S.C. § 1915(g) since the plaintiff has exhausted or waived his right to appeal.

**IT IS SO ORDERED this 19th day of January, 2011.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE